UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   2:26–cv–02579–MWF–AJR          Date       July 23, 2026

Title      LISA CORSON V. TARA ANN ROSE

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                               Not Reported;
Courtroom Deputy                          Court Reporter

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                               None Present

**PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

In light of the Default By Clerk entered on 7/20/2026, the Court sets a hearing for Order To Show Cause Re Default Judgment for August 26, 2026 at 11:30 AM. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

**IT IS SO ORDERED.**

Initials of Clerk:  rs