# Exhibit 1

BA20250464257

B3492-5259 03/04/2025 1:23 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20250464257
Date Filed: 3/4/2025

Entity Details

| | |
|---|---|
| Corporation Name | TEA ROSE REALTOR, INC. |
| Entity No. | 4695653 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 29155 QUAIL RUN DR<br>AGOURA HILLS, CA 91301 |

Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 29155 QUAIL RUN DR<br>AGOURA HILLS, CA 91301 |
| Attention | |

Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 29155 QUAIL RUN DR<br>AGOURA HILLS, CA 91301 |

Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| TARA A ROSE | 29155 QUAIL RUN DR<br>AGOURA HILLS, CA 91301 | Chief Executive Officer, Secretary, Chief Financial Officer |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

Directors

| Director Name | Director Address |
|---|---|
| Tara A Rose | 29155 Quail Run Dr<br>Agoura Hills, CA 91301 |

The number of vacancies on Board of Directors is: 0

Agent for Service of Process

| | |
|---|---|
| Agent Name | TARA A ROSE |
| Agent Address | 29155 QUAIL RUN DR<br>AGOURA HILLS, CA 91301 |

Type of Business

| | |
|---|---|
| Type of Business | REAL ESTATE AGENT |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

B3492-5260 03/04/2025 1:23 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *MICHAEL TAYLOR* | *03/04/2025* |
| Signature | Date |

# Exhibit 2

**Jayma Leath**

**From:** Alexis Kreuz
**Sent:** Monday, August 24, 2026 1:12 PM
**To:** Jayma Leath
**Subject:** FW: Copyright case 2MNX4D- Lisa Corson - Tara Rose

[redacted]

Kind regards,

**Lexi Kreuz**
Senior Legal Assistant

Higbee & Associates
**Email:** akreuz@higbee.law
**Phone:** (714) 597 - 8999
**FAX:** (714) 597-6559
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032

www.higbee.law

Legal Assistants are non-attorney staff members who assist attorneys in attempting to resolve copyright claims prior to litigation. All correspondence is reviewed by staff attorneys.
* CONFIDENTIALITY NOTICE * The information contained in this e-mail message, including attachments, is intended only for the personal and confidential use of the recipient(s) named above. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately via e-mail, and delete the original message.

---

**From:** Danielle Pauljohn <dpauljohn@gmail.com>
**Date:** Tuesday, March 26, 2024 at 10:20 AM
**To:** Tara Rose <tara@frontgaterealestate.com>
**Cc:** Alexis Kreuz <akreuz@Higbee.law>; tararose4homes@gmail.com <tararose4homes@gmail.com>
**Subject:** Re: Copyright case 2MNX4D- Lisa Corson - Tara Rose

Good Morning Ms. Kreuz,

I am assisting Ms. Rose with respect to the aforementioned case and have reviewed the attachment of exhibits sent by your office.

Before we can engage in meaningful settlement discussions, please send legible copies of the screen captures.

Based on what Ms. Rose has informed me, the image was auto generated by the social media platform based on an external link to Los Angeles Magazine who posted the photo and is therefore protected by the server test (Perfect 10 v. Amazon).

Therefore, we are requesting your office serve exemplars of whatever forensic evidence you possess so that we can more concretely ascertain the merits of your claims.

I await your response.

Respectfully,

Danielle Pauljohn, Esq.

# Exhibit 3

Outlook

## Re: case #627035 | Tara Rose |

**From** Reginald Russell <rrussell@higbee.law>
**Date** Fri 3/29/2024 12:05 PM
**To** dpauljohn@gmail.com <dpauljohn@gmail.com>
**Cc** Theodore Sell <tsell@Higbee.law>; Alexis Kreuz <akreuz@Higbee.law>

Thank you, Lexi.

Dar Paul,

I believe I might have a typo in my first sentence to you. For clarification: *It is our understanding upon information and belief that the image was **NOT** posted by your client to Linkedin by using the url with the linked image from lamag.com. Our positions is that she didn't post a url that automatically populated a photo, but that she posted the photo itself.*

Respectfully,

Reginald Russell
Nevada Bar 12275
Higbee & Associates
Attorney at Law - Copyright Division
Firm's Headquarters
Law Firm of Higbee & Associates
Brookhollow Dr., Suite 112
Santa Ana, CA 92705
rrussell@higbee.law
Phone: 714-617-8300 x 155

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message. Thank you very much.

---

**From:** Reginald Russell <rrussell@Higbee.law>
**Date:** Thursday, March 28, 2024 at 12:40 PM
**To:** dpauljohn@gmail.com <dpauljohn@gmail.com>
**Cc:** Theodore Sell <tsell@Higbee.law>, Alexis Kreuz <akreuz@Higbee.law>
**Subject:** case #627035 | Tara Rose |

Thank you, Lexi.

Dear Paul,

It is our understanding upon information and belief that the image was posted by your client to Linkedin by using the url with the linked image from lamag.com.

If you go to Linkedin & post the URL http://ow.ly/racm30mi8g1 in the text of the Linkedin post, it pulls up the image with a banner below it that says lamag.com. See 1st attached screenshot.

Note that infringer's post (2nd attached screenshot) has no Headline URL or subhead attached to the image.. That is because, your client copied the image itself and uploaded it to LinkedIn. Your client then pasted the URL to the article (http://ow.ly/racm30mi8g1) in the text of the post. But also note that the URL is not the lamag.com URL (which is https://lamag.com/latravel/small-towns-calabasas) but a shortened version created by infringer using Hootsuite which takes the original URL and changes it to ow.ly.\

As such, it would not qualify under the Server Test exception, as you claim.

**Lisa Corson**
Post to Anyone

http://ow.ly/racm30mi8g1




**How to Make a Day of a Trip to Calabasas**
lamag.com • 2 min read

Rewrite with AI 1/20

Post




However, our purpose remains to come to an amicable settlement of this matter. Please let us know if your client is able to agree to our client's demand of $3500.00 or if you have a reasonably close counteroffer for our client to consider. We look forward to hearing from you.

Respectfully,

Reginald Russell
Nevada Bar 12275
Higbee & Associates
Attorney at Law - Copyright Division
Firm's Headquarters
Law Firm of Higbee & Associates
Brookhollow Dr., Suite 112
Santa Ana, CA 92705
rrussell@higbee.law
Phone: 714-617-8300 x 155

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message. Thank you very much.

# Exhibit 4

**Jayma Leath**

**From:** Mark Goldstein <MGoldstein@socalip.com>
**Sent:** Friday, April 17, 2026 6:40 PM
**To:** Jayma Leath
**Cc:** Mathew Higbee
**Subject:** RE: Corson v Tara Rose :: settlement offer :: RULE 408 :: [T332.G26279]

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

And what makes you think she copied the photo? LinkedIn grabs the photo when linking to the article, as shown below.




/mark/
Mark A. Goldstein, Esq.
SoCal IP Law Group LLP

# Exhibit 5


fotoQuote Pro 7
fotoQuote®
Stock
Assignments
Options
Contacts
Lists and Tracking
Magazines
Setup
fotoQuote®
Social Media.Worldwide Market
Geographic: Worldwide
Value Added
$ 2,805
USD
Select Category
Search
Usage Tips
Coach
Range: $2,103 $2,805 $4,207
EDITORIAL & CORPORATE WEB
Blog.Commercial
Online Promotion.Broadcast Network
Social Media.Local Market
Social Media.National Market
Social Media.Regional Market
Social Media.Worldwide Market
Webcast.Corporate
Webcast.Editorial
Webcast.Educational
Webcast.Entertainment
Website.Catalog
Social Media.Worldwide Market
Promotional use only of an image within a social/community network, Facebook for example. No paid advertising use permitted.
Since the number of fans or likes a page has is fluid this use is based on the worldwide market share reach the company has.
Points to remember when licensing digital rights:
1. Stipulate a maximum file size for the image that will be used. Keep the size as small as possible to protect your image from unauthorized use.
2. Include all your information in the metadata for each image so you can be contacted in the future for reuse and additional licensing.
License Duration
Image Size
1 Month
3 Months
6 Months
1 Year
2 Years
3 Years
5 Years
Spot
Up to 1/4 Screen
Up to 1/2 Screen
Up to Full Screen
Background
Reference
Value Added
Geographic Factors
Use this screen to research prices when you don't need to email or print a quote.
To create a quote that you can email or print click Contacts on the Menu Bar at left and add or choose your client then select Create New Quote. Select fotoQuote from the menu listing to directly add items to the Quote.


fotoQuote Pro 7
fotoQuote®
Stock
Assignments
Options
Contacts
Lists and Tracking
Magazines
Setup
fotoQuote®
Social Media.Worldwide Market
Geographic: Worldwide
Value Added
$ 3,598
USD
Select Category
Search
Usage Tips
Coach
Range: $2,698 $3,598 $5,397
EDITORIAL & CORPORATE WEB
Blog.Commercial
Online Promotion.Broadcast Network
Social Media.Local Market
Social Media.National Market
Social Media.Regional Market
Social Media.Worldwide Market
Webcast.Corporate
Webcast.Editorial
Webcast.Educational
Webcast.Entertainment
Website.Catalog
Social Media.Worldwide Market
Promotional use only of an image within a social/community network, Facebook for example. No paid advertising use permitted.
Since the number of fans or likes a page has is fluid this use is based on the worldwide market share reach the company has.
Points to remember when licensing digital rights:
1. Stipulate a maximum file size for the image that will be used. Keep the size as small as possible to protect your image from unauthorized use.
2. Include all your information in the metadata for each image so you can be contacted in the future for reuse and additional licensing.
License Duration
1 Month
3 Months
6 Months
1 Year
2 Years
3 Years
5 Years
Image Size
Spot
Up to 1/4 Screen
Up to 1/2 Screen
Up to Full Screen
Background
Reference
Value Added
Geographic Factors
Use this screen to research prices when you don't need to email or print a quote.
To create a quote that you can email or print click Contacts on the Menu Bar at left and add or choose your client then select Create New Quote. Select fotoQuote from the menu listing to directly add items to the Quote.

# Exhibit 6

**Wednesday, March 11, 2026 at 2:52:23 PM Eastern Daylight Time**

**Subject:** Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT
**Date:** Wednesday, March 11, 2026 at 2:49:05 PM Eastern Daylight Time
**From:** do_not_reply@psc.uscourts.gov
**To:** Maya Portier

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: CM/ECF Helpdesk at 213-894-0242.

Account Number: 3481709
Court: CALIFORNIA CENTRAL DISTRICT COURT
Amount: $405.00
Tracking Id: ACACDC-41705973
Approval Code: 78356P
Card Number: ************7044
Date/Time: 03/11/2026 02:48:57 ET

NOTE: This is an automated message. Please do not reply

WRIT LEGAL
going beyond the service of process

P.O. BOX 2249 Rockville, MD 20847
Phone: (888) 667-2038 Fax: (888) 290-0024
www.writlegal.com

# PROCESS INVOICE

TAX ID 45-1741534

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| HIGAS | 5/6/2026 | WL33843 |

Bill To:

**Law Firm of Higbee & Associates**
**1504 Brookhollow Dr Ste 112**
**Santa Ana, CA 927055418**
**Ordered By: Maya Portier**

File No: **Tara Ann Rose (#627035)**
Case No: **2:26-cv-02579-MAR**
Plaintiff: **Lisa Corson**
Defendant: **Tara Ann Rose**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| PS3 - Standard Process: 29155 Quail Run Dr, Agoura Hills, CA 91301 | | | 185.00 |
| Additional Address: 23500 Long Valley Road, Hidden Hills, CA 91302 | | | 185.00 |
| SUMMARY<br>Court: UNITED STATES DISTRICT COURT FOR TH<br>Servee: Tara Ann Rose<br>Address: 23500 Long Valley Rd, # Hidden Hills, CA 91302-2403<br>Documents: Summons; Complaint; Exhibits A, B, C, D, E, F, NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT; Notice of Electronic Filing<br>Result: Not Served<br><br>Completed on 5/6/2026 at 2:07 PM | | TOTAL DUE | $ 370.00 |

Thank you for choosing Writ Legal, LLC!


| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| HIGAS | 5/6/2026 | WL33843 |


Remit To:

Writ Legal, LLC
P.O. BOX 2249
Rockville, MD 20847

**TOTAL DUE:** $ 370.00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Writ Legal, LLC**