**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LISA CORSON,<br><br>Plaintiff,<br><br>v.<br><br>TARA ANN ROSE and TEA ROSE REALTOR, INC.,<br><br>Defendants. | Case No. 2:26-cv-02579-MWF-AJR<br><br>**[PROPOSED] ORDER FOR JUDGMENT** |

This case is before the Court on Plaintiff Lisa Corson's Motion for Entry of Default Judgment ("Motion") (Dkt. 20), seeking default judgment against Defendant Tara Ann Rose and Defendant Tea Rose Realtor, Inc. (collectively, "Defendants"). The Clerk of the Court for the Central District of California entered the default of Defendants on July 23, 2026. (Doc. 18.)

At this time, Plaintiff seeks Default Judgment against Defendants in the amount of $16775.00 and also requests the opportunity to file a written request upon entry of the default judgment to have the attorney's fee fixed by the Court.

The Plaintiff's Motion was properly served on Defendants on August 25, 2026. Having considered all matters of record, the arguments of counsel, all responses and replies, if any, and the applicable legal authorities, it is hereby **ORDERED, ADJUDGED, and DECREED as follows:**

1. Plaintiff's Motion for Default Judgment (Doc. 20) is GRANTED;
2. Judgment is hereby entered in favor of Plaintiff Lisa Corson, and against Defendant Tara Ann Rose and Defendant Tea Rose Realtor, Inc. pursuant to 17 U.S.C. § 55(b)(2);
3. Defendants are hereby ordered to pay statutory damages for willful copyright infringement pursuant to 17 U.S.C. § 504 in the amount of $ __________;

4. Defendants are hereby ordered to pay Plaintiff's costs pursuant 17 U.S.C. § 505 in the amount of $____________;

5. Post-judgment interest shall accrue at the rate of ______% per annum, in accordance with 28 U.S.C. § 1961, from the date of entry of this Judgment until the Judgment Amount and all accrued interest are paid in full by Defendant Tara Ann Rose and Defendant Tea Rose Realtor, Inc. to Plaintiff; and,

6. The Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Judgment.

There being no just reason for delay in the entry of this Judgment, the Court hereby directs the clerk to enter judgment against Defendant Tara Ann Rose and Defendant Tea Rose Realtor, Inc. pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

Dated:________________

__________________________
Hon. Michael W. Fitzgerald
United States District Judge