Mark Goldstein, Cal. Bar No.175318
mgoldstein@socalip.com
Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| Lisa Corson,<br>Plaintiff,<br>v.<br>Tara Ann Rose, et al,<br>Defendants. | NO. 2:26-CV-2579-MWF-AJR<br>Declaration of Mark A. Goldstein in Support of Defendants' Opposition to Plaintiff's Motion for Default Judgment<br>Date: October 7, 2026<br>Time: 10:00 a.m.<br>District Judge Michael W. Fitzgerald<br>Magistrate Judge A. Joel Richlin |

I, Mark A. Goldstein, declarant as follows:

1. I am an attorney licensed to practice law in the State of California and counsel for Defendants Tara Ann Rose and Tea Rose Realtor, Inc. in this action.

2. I submit this declaration based on my personal knowledge and in support of Defendants' opposition to Plaintiff's Motion for Default Judgment.

3. I communicated with Jayma Leath, counsel for Plaintiff Lisa Corson, concerning the claims asserted in this action and the parties' efforts to resolve the dispute.

4. On April 23, 2026, I sent an email to Ms. Leath conveying a settlement offer on behalf of Defendants in the amount of $783 explaining that a comparable photo license on Getty Images is available for $283.

5. A true and correct copy of my April 23, 2026 email to Ms. Leath concerning Defendants' $783 settlement offer is attached as Exhibit A.

6. On May 21, 2026, I sent an email to Ms. Leath conveying a settlement offer on behalf of Defendants in the amount of $2,700.

7. A true and correct copy of my May 21, 2026 email to Ms. Leath concerning Defendants' $2,700 settlement offer is attached as Exhibit B.

8. On July 15, 2026, I sent an email to Ms. Leath conveying a settlement offer on behalf of Defendants in the amount of $3,300.

9. A true and correct copy of my July 15, 2026 email to Ms. Leath concerning Defendants' $3,300 settlement offer is attached as Exhibit C.

10. On July 15, 2026, I sent a further email to Ms. Leath conveying an additional settlement offer on behalf of Defendants in the amount of $3,500.

11. A true and correct copy of my July 15, 2026 email to Ms. Leath concerning Defendants' additional $3,500 settlement offer is attached as Exhibit D.

12. On July 17, 2026, I sent an email to Ms. Leath conveying a settlement offer on behalf of Defendants in the amount of $3,800.

13. A true and correct copy of my July 17, 2026 email to Ms. Leath concerning Defendants' $3,800 settlement offer is attached as Exhibit E.

14. On April 17, 2026, I sent an email to Ms. Leath concerning the parties' dispute and the manner in which the photograph appeared on LinkedIn.

15. The April 17, 2026 email included an email from Plaintiff's counsel, Ms. Leath stating: "Ms. Corson has not licensed this photograph and does not license her photographs strictly for social media use."

16. A true and correct copy of the April 17, 2026 email correspondence, including Ms. Leath's statement, is attached as Exhibit F.

17. The emails attached as Exhibits A through F are true and correct copies of the emails identified in this declaration, maintained in the ordinary course of my representation of Defendants.

18. The Los Angeles Magazine story from October 18, 2018 with title "How to Make a Day of a Trip to Calabasas" at web page https://lamag.com/travel/small-towns-calabasas/ includes Plaintiff's photo of The Leonis Adobe without copyright notice or attribution to Plaintiff, and includes a directive "Don't keep it to your-self…share the love!" along with a link to Facebook that pre-populates a Facebook page with Plaintiff's photograph of The Leonis Adobe.

19. A true and correct copy of the web page at https://lamag.com/travel/small-towns-calabasas/ captured September 16, 2026 is attached as Exhibit G.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 16, 2026

/Mark A. Goldstein/
Mark A. Goldstein

**Certificate of Service**

I certify that a true and correct copy of the above and foregoing document has been served on September 16, 2026, to all counsel of record deemed to have consented to electronic service via the Court's CM/ECF system.

September 16, 2026

/Anneliese Lomonaco/
Anneliese Lomonaco