# Exhibit B

*Mark Goldstein*

---

| | |
|---|---|
| From: | Mark Goldstein |
| Sent: | Thursday, May 21, 2026 2:38 PM |
| To: | Jayma Leath |
| Cc: | Maya Portier; Mathew Higbee |
| Subject: | RE: Corson v Tara Ann Rose et al ::CONFIEDNTIAL SETTLEMENT OFFER:: Rule 408 [T332.L26303] |

We can settle this now for $2,700.

Best,

/mark/
Mark A. Goldstein, Esq.
SoCal IP Law Group LLP
+1 (805) 267-2256
www.socalip.com

*CONFIDENTIAL. This email message contains information that is privileged, confidential and exempt from disclosure under applicable law.*

---

**From:** Jayma Leath <jleath@higbee.law>
**Sent:** Thursday, May 21, 2026 11:32 PM
**To:** Mark Goldstein <MGoldstein@socalip.com>
**Cc:** Maya Portier <mportier@higbee.law>; Mathew Higbee <mhigbee@higbee.law>; Jayma Leath <jleath@higbee.law>
**Subject:** RE: Corson v Tara Ann Rose et al - Housekeeping Matter [T332.L26303]

Mark,

It's been a week, and I have not heard back from you about whether Defendants will be providing a more reasonable counteroffer to our previous settlement offer of $11,000. If they choose not to negotiate, that's fine. Let's set up a time to meet and confer for the initial conference on July 14th, the day after Defendants' response is due to keep things moving along.

Best Regards,

**Jayma Leath**
Associate Attorney
Copyright Division

Higbee & Associ
**Email:** jleath@higbee.law
**Phone:** (714) 617-8350
**FAX:** (714) 597-6559
3110 W Cheyenne Ave Ste 200
Las Vegas, NV 89032

www.higbee.law

* CONFIDENTIALITY NOTICE * The information contained in this e-mail message, including attachments, is intended only for the personal and confidential use of the recipient(s) named above. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately via e-mail, and delete the original message.

***TRUNCATED***