# Exhibit C

**Mark Goldstein**

| | |
|---|---|
| **From:** | Mark Goldstein |
| **Sent:** | Wednesday, July 15, 2026 5:09 PM |
| **To:** | Jayma Leath |
| **Cc:** | Maya Portier; Mathew Higbee |
| **Subject:** | RE: Corson v Tara Ann Rose et al ::CONFIEDNTIAL SETTLEMENT OFFER:: Rule 408 [T332.L26303] |

Hi Jayma – I have conferred with my client. We can settle this now for $3,300. I look forward to hearing from you.

Best,

/mark/
Mark A. Goldstein, Esq.
SoCal IP Law Group LLP

---

**From:** Mark Goldstein <MGoldstein@socalip.com>
**Sent:** Tuesday, July 14, 2026 11:53 AM
**To:** Jayma Leath <jleath@higbee.law>
**Cc:** Maya Portier <mportier@higbee.law>; Mathew Higbee <mhigbee@higbee.law>
**Subject:** RE: Corson v Tara Ann Rose et al ::CONFIEDNTIAL SETTLEMENT OFFER:: Rule 408 [T332.L26303]

Are we still on for the call? Did you send a case management plan?

/mark/
Mark A. Goldstein, Esq.
SoCal IP Law Group LLP

On July 6, 2026 9:43:10 AM Jayma Leath <jleath@higbee.law> wrote:

> Hi Mark,
>
> Thank you for accepting the calendar invitation for the Rule 26(f) Conference next week. I will draft a case management plan and forward to you by the end of the week in preparation for our meeting.
>
> Will you please forward me the best contact number to reach you on the 14th?
>
> Best Regards,
>
> **Jayma Leath**
> Associate Attorney
> Copyright Division
>
> Higbee & Ass
> **Email:** jleath@higbee.law
> **Phone:** (714) 617-8350
> **FAX:** (714) 597-6559
> 3110 W Cheyenne Ave Ste 200
> Las Vegas, NV 89032

www.higbee.law

* CONFIDENTIALITY NOTICE * The information contained in this e-mail message, including attachments, is intended only for the personal and confidential use of the recipient(s) named above. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately via e-mail, and delete the original message.

*TRUNCATED*