# Exhibit D

**Mark Goldstein**

| | |
|---|---|
| **From:** | Mark Goldstein |
| **Sent:** | Wednesday, July 15, 2026 6:26 PM |
| **To:** | Jayma Leath |
| **Cc:** | Maya Portier; Mathew Higbee |
| **Subject:** | RE: Corson v Tara Ann Rose et al ::CONFIEDNTIAL SETTLEMENT OFFER:: Rule 408 [T332.L26303] |

Based on the strength of the damages case, that is too high. The case warrants settlement for a lower sum. We prefer not to have to litigate. In an effort to resolve this, my client has upped her settlement sum and we present a counter-offer of $3,500.

Best,

/mark/
Mark A. Goldstein, Esq.
SoCal IP Law Group LLP
+1 (805) 267-2256
www.socalip.com
*CONFIDENTIAL. This email message contains information that is privileged, confidential and exempt from disclosure under applicable law.*

**From:** Jayma Leath <jleath@higbee.law>
**Sent:** Wednesday, July 15, 2026 6:19 PM
**To:** Mark Goldstein <MGoldstein@socalip.com>
**Cc:** Maya Portier <mportier@higbee.law>; Mathew Higbee <mhigbee@higbee.law>
**Subject:** Re: Corson v Tara Ann Rose et al ::CONFIEDNTIAL SETTLEMENT OFFER:: Rule 408 [T332.L26303]

Hi Mark,

Thanks for getting back to me. Ms. Corson respectfully rejects Defendants' counteroffer and offers to settle this for a bottom-line amount of $6500. We can keep the offer open until the close of business tomorrow. If Defendants reject the offer to settle for $6500, then we can move forward with litigation, and I would kindly ask that you file a response by Friday 11 a.m. PST / 2 p.m. EST. If Defendants accept the offer, I will file a notice of settlement with the Court by Friday.

I will be out of the office Monday and Tuesday. If we are going to continue with litigation, I will reach out to reschedule the 26(f) Conference.

I look forward to hearing from you.

Get Outlook for iOS

***TRUNCATED***