# Exhibit E

**Mark Goldstein**

| | |
|---|---|
| **From:** | Mark Goldstein |
| **Sent:** | Friday, July 17, 2026 11:39 AM |
| **To:** | Jayma Leath |
| **Cc:** | Maya Portier; Mathew Higbee |
| **Subject:** | RE: Corson v Tara Ann Rose et al ::CONFIEDNTIAL SETTLEMENT OFFER:: Rule 408 [T332.L26303] |

Your client has two options at this point: take a windfall settlement or hope that a reasonable royalty damage award is more than a few hundred dollars. That is, your client can settle now or proceed with litigation and hope that a reasonable royalty that a court or jury would award as damages should infringement be shown be more than a few hundred dollars.

My client provides a counter settlement offer of $3,800.

Best,

/mark/
Mark A. Goldstein, Esq.
SoCal IP Law Group LLP
+1 (805) 267-2256
www.socalip.com
*CONFIDENTIAL. This email message contains information that is privileged, confidential and exempt from disclosure under applicable law.*

**From:** Jayma Leath <jleath@higbee.law>
**Sent:** Friday, July 17, 2026 11:28 AM
**To:** Mark Goldstein <MGoldstein@socalip.com>
**Cc:** Maya Portier <mportier@higbee.law>; Mathew Higbee <mhigbee@higbee.law>; Jayma Leath <jleath@higbee.law>
**Subject:** RE: Corson v Tara Ann Rose et al ::CONFIEDNTIAL SETTLEMENT OFFER:: Rule 408 [T332.L26303]

Hi Mark,

We kindly asked that you please file a response by 11 a.m. your time today. We have not seen a response filed. I also tried reaching out to you yesterday by email and by phone to ensure that I understood Defendants' position, and I never received a response from you.

The offer to settle this matter for $6,500 is revoked, and because Defendants' response is late, we will begin the default process today.

Best Regards,

**Jayma Leath**
Associate Attorney
Copyright Division

Higbee & Ass

**Email:** jleath@higbee.law
**Phone:** (714) 617-8350
**FAX:** (714) 597-6559
3110 W Cheyenne Ave Ste 200
Las Vegas, NV 89032

www.higbee.law

* CONFIDENTIALITY NOTICE * The information contained in this e-mail message, including attachments, is intended only for the personal and confidential use of the recipient(s) named above. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately via e-mail, and delete the original message.

---

**From:** Jayma Leath <jleath@higbee.law>
**Sent:** Wednesday, July 15, 2026 9:19 PM
**To:** Mark Goldstein <MGoldstein@socalip.com>
**Cc:** Maya Portier <mportier@higbee.law>; Mathew Higbee <mhigbee@higbee.law>
**Subject:** Re: Corson v Tara Ann Rose et al ::CONFIEDNTIAL SETTLEMENT OFFER:: Rule 408 [T332.L26303]

Hi Mark,

Thanks for getting back to me. Ms. Corson respectfully rejects Defendants' counteroffer and offers to settle this for a bottom-line amount of $6500. We can keep the offer open until the close of business tomorrow. If Defendants reject the offer to settle for $6500, then we can move forward with litigation, and I would kindly ask that you file a response by Friday 11 a.m. PST / 2 p.m. EST. If Defendants accept the offer, I will file a notice of settlement with the Court by Friday.

I will be out of the office Monday and Tuesday. If we are going to continue with litigation, I will reach out to reschedule the 26(f) Conference.

I look forward to hearing from you.

Get Outlook for iOS

---

**From:** Mark Goldstein <MGoldstein@socalip.com>
**Sent:** Wednesday, 15 July 2026 20:08:54
**To:** Jayma Leath <jleath@higbee.law>
**Cc:** Maya Portier <mportier@higbee.law>; Mathew Higbee <mhigbee@higbee.law>
**Subject:** RE: Corson v Tara Ann Rose et al ::CONFIEDNTIAL SETTLEMENT OFFER:: Rule 408 [T332.L26303]

Hi Jayma – I have conferred with my client. We can settle this now for $3,300. I look forward to hearing from you.

Best,

/mark/
Mark A. Goldstein, Esq.
SoCal IP Law Group LLP

---

**From:** Mark Goldstein <MGoldstein@socalip.com>
**Sent:** Tuesday, July 14, 2026 11:53 AM
**To:** Jayma Leath <jleath@higbee.law>
**Cc:** Maya Portier <mportier@higbee.law>; Mathew Higbee <mhigbee@higbee.law>
**Subject:** RE: Corson v Tara Ann Rose et al ::CONFIEDNTIAL SETTLEMENT OFFER:: Rule 408 [T332.L26303]

Are we still on for the call? Did you send a case management plan?

/mark/
Mark A. Goldstein, Esq.
SoCal IP Law Group LLP

On July 6, 2026 9:43:10 AM Jayma Leath <jleath@higbee.law> wrote:

Hi Mark,

Thank you for accepting the calendar invitation for the Rule 26(f) Conference next week. I will draft a case management plan and forward to you by the end of the week in preparation for our meeting.

Will you please forward me the best contact number to reach you on the 14th?

Best Regards,

**Jayma Leath**
Associate Attorney
Copyright Division

www.higbee.law

Higbee & Ass

**Email:** jleath@higbee.law
**Phone:** (714) 617-8350
**FAX:** (714) 597-6559
3110 W Cheyenne Ave Ste 200
Las Vegas, NV 89032

* CONFIDENTIALITY NOTICE * The information contained in this e-mail message, including attachments, is intended only for the personal and confidential use of the recipient(s) named above. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately via e-mail, and delete the original message.

*TRUNCATED*