# Exhibit F

**Mark Goldstein**

| | |
|---|---|
| **From:** | Mark Goldstein |
| **Sent:** | Friday, April 17, 2026 3:30 PM |
| **To:** | Jayma Leath |
| **Cc:** | Mathew Higbee |
| **Subject:** | RE: Corson v Tara Rose :: settlement offer :: RULE 408 :: [T332.G26279] |

Thanks. Ok - I see that. And you see that it has no views, no likes, no impressions, right?

/mark/
Mark A. Goldstein, Esq.
SoCal IP Law Group LLP
+1 (805) 267-2256
www.socalip.com
*CONFIDENTIAL. This email message contains information that is privileged, confidential and exempt from disclosure under applicable law.*

**From:** Jayma Leath <jleath@higbee.law>
**Sent:** Friday, April 17, 2026 3:21 PM
**To:** Mark Goldstein <MGoldstein@socalip.com>
**Cc:** Mathew Higbee <mhigbee@higbee.law>; Jayma Leath <jleath@higbee.law>
**Subject:** RE: Corson v Tara Rose :: settlement offer :: RULE 408 :: [T332.G26279]

Four years – it shows that on the screenshot at the top just below "Estate Consultant." Our client discovered the photograph on April 10, 2023. See the attached screenshot for that information.

Best Regards,

**Jayma Leath**
Associate Attorney
Copyright Division

Higbee & Ass

**Email:** jleath@higbee.law
**Phone:** (714) 617-8350
**FAX:** (714) 597-6559
3110 W Cheyenne Ave Ste 200
Las Vegas, NV 89032

www.higbee.law

* CONFIDENTIALITY NOTICE * The information contained in this e-mail message, including attachments, is intended only for the personal and confidential use of the recipient(s) named above. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately via e-mail, and delete the original message.

**From:** Mark Goldstein <MGoldstein@socalip.com>
**Sent:** Friday, April 17, 2026 6:15 PM
**To:** Jayma Leath <jleath@higbee.law>
**Cc:** Mathew Higbee <mhigbee@higbee.law>
**Subject:** RE: Corson v Tara Rose :: settlement offer :: RULE 408 :: [T332.G26279]

Please explain how long you think the photo was available on the LinkedIn page.

/mark/

**From:** Jayma Leath <jleath@higbee.law>
**Sent:** Friday, April 17, 2026 1:49 PM
**To:** Mark Goldstein <MGoldstein@socalip.com>
**Cc:** Mathew Higbee <mhigbee@higbee.law>; Jayma Leath <jleath@higbee.law>
**Subject:** RE: Corson v Tara Rose :: settlement offer :: RULE 408 :: [T332.G26279]

Mark,

I apologize for the delayed response. It took me a bit to get in touch with our client.

The photograph is timely registered, so our client is entitled to seek statutory damages, costs, and attorney's fees. Our client offers to settle this matter for $11,000 based on a multiple of two times the lost licensing fee for 4 years of unauthorized use on your client's LinkedIn account ($3,200 x 2 = $6400), costs to file and attempted service (approximately $700), and approximate attorney's fees thus far, including fees to negotiate this settlement and draft/review the settlement documents ($3900).

Ms. Corson has not licensed this photograph and does not license her photographs strictly for social media use. Thus, I have included two quotes from fotoQuote to license a photograph on social media, to a worldwide market, and up to a full screen. One quote is for 3 years ($2805) and the other quote is for 5 years ($3598). An average of the two quotes provides an estimate of the cost to license the photograph for four years ($3200).

The terms of the settlement are as follows:

- $11,000 payable within 21 days of execution of the settlement agreement.
- Our client reserves the right to assess (1) a late payment fee of $40 for any payments that are more than 5 calendar days past the payment due date; and (2) interest in the amount of a 15% annual rate for any overdue balances of more than 30 days.
- Mutual release for use of the photograph on the LinkedIn page.
- Confidentiality

**This offer is open until April 24, 2026.**

Please speak with your client about this offer and let me know what your client decides.

Best Regards,

**Jayma Leath**
Associate Attorney
Copyright Division

Higbee & Ass

**Email:** jleath@higbee.law
**Phone:** (714) 617-8350
**FAX:** (714) 597-6559
3110 W Cheyenne Ave Ste 200
Las Vegas, NV 89032

www.higbee.law

* CONFIDENTIALITY NOTICE * The information contained in this e-mail message, including attachments, is intended only for the personal and confidential use of the recipient(s) named above. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately via e-mail, and delete the original message.

---

**From:** Mark Goldstein <MGoldstein@socalip.com>
**Sent:** Friday, April 10, 2026 12:27 AM
**To:** Jayma Leath <jleath@higbee.law>
**Subject:** RE: Corson v Tara Rose :: settlement offer :: RULE 408 :: [T332.G26279]

Not necessary if matter settles. So send settlement offer.

/mark/
Mark A. Goldstein, Esq.
SoCal IP Law Group LLP
*Sent via mobile*

***TRUNCATED***