# Exhibit G

Los Angeles MAGAZINE

# How to Make a Day of a Trip to Calabasas

Wide-open spaces, TMZ celebs, and beautiful historic places

LA MATT JAFFE · OCT 18, 2018



The Leonis Adobe

Along the prow of the Santa Monica Mountains above the West Valley, Calabasas is immune from neither the flatlands' triple-digit heat nor the burden of an 818 area code. What sets it apart is thousands of open-space acres, as well as a TMZ-ready roster of residents, from YouTubers to sports legends.

## Quick Stops




SPONSORED

TRENDING


Congressman Swalwell Was Accused Of Stepping Out On His Wife Before – By The FBI


Dr. Dre Officially Joins the Forbes Billionaires List


Former LAUSD Employee Charged In Massive $22 Million Fraud Scheme


LAUSD Scandal: Superintendent Carvalho Under FBI Scrutiny


Santa Monica Investing Millions to Bring Back Shoppers

**Shop:**The Commons at Calabasas, Rick Caruso's center of mall-Med architecture complete with Rolex clock tower, burbling koi-filled ponds, and exuberant bronzes, just preceded the Grove. A de facto town square, it's a good bet for celebrity spotting.

**Cycle:** Mixing a cycling theme with reclaimed wood, Old Town Calabasas's Pedalers Forkfeatures a menu inspired by the Saturday morning market just outside its doors. It's close to French, a clothing boutique, epicurean emporium, and home decor shop all in one.

**Taste:** Even after the arrival of Sugarfish by Sushi Nozawa, Shibuya remains Calabasas's sushi hang of choice and is worth the wait. It's in the same strip center as Blue Table, a tiny gourmet shop where you can score a prosciutto and burrata panini.

**Tour:** In the 1870s the Basque sheep rancher Miguel Leonis built a graceful two-story Monterey-style home, now known as the Leonis Adobe. The Old Town property is open for tours and, with its longhorn cattle and Percheron horses, should keep the kids entertained.

SPONSORED

## Make a Day of It

**Inner Peace:** It may resemble a movie set, but the ornate Malibu Hindu Templeis an authentic sanctuary crafted by artisans from India. Take of your shoes, stop and smell the incense, and gaze upon the intricate carvings that adorn the tapering towers.

SCROLL TO CONTINUE READING

FRESH DROPS


Free Movie Nights in Downtown Disney


Elizabeth Siders Arraigned in Two Cases, Hangs Her Head as Judge Orders No Contact With Family


Tragedy Upon Tragedy: NBC4 News Helicopter Crashes While Covering Deadly L.A. Accident


Tate Brothers Denied Bail in Miami as Legal Troubles Mount Across Three Countries

SPONSORED

**Game Time:** With a meat-centric menu, from elk to emu, and a rustic interior of stone, antlers, and roughhewn logs, Saddle Peak Lodge recalls wilder times in these parts.

**Crown Jewel:** Wallace Neff designed the mansion at King Gillette Ranch, the razor magnate's 1920s estate. Stroll the grounds or hike to the ridge for views of Goat Buttes in Malibu Creek State Park and the sandstone outcrops on Saddle Peak.

**City of Stars:** Before A-listers chilled at the Commons, they worked at 20th Century Fox's movie ranch, now MalibuCreek State Park. The farmhouse from the Cary Grant film *Mr. Blandings Builds His Dream House* serves as an office, while a five-mile round-trip hike leads to the old M.A.S.H. location.

SPONSORED

**RELATED:** Catalina Island's Tiny Town of Avalon Is a Dream Staycation Location

*Stay on top of the latest in L.A. food and culture. Sign up for our newsletters today.*

DON'T KEEP IT TO YOURSELF...SHARE THE LOVE!

READ MORE FROM SMALL TOWN ADVENTURES, TRAVEL

TAG: CALABASAS, KING GILLETTE RANCH, SMALL TOWN ADVENTURES

SPONSORED

## MORE LA BUZZ




MUSIC, TRAVEL

### Live Lounge Music Set to the Sunset On A Laguna Beach Cliffside? Yes...

Casa Loma in Laguna Beach is hosting Fadeaway Sessions, a bi-monthly music series in partnership with the nonprofit dublab, L.A.'s beloved community radio station

BY MICHELE MCPHEE · SEP 14, 2026



**25 Years After 9/11, TSA Rolls Back Travel Restrictions at LAX**



**U.S. Diesel Prices Hit a Record High of $5.85 on Average, How Will L.A. Prices Impact Your Labor Day Travel**



**The Weekender: A Visit to Civana Wellness Resort & Spa**



**Metrolink Holds Service Line as Orange County Gets Caught in High Tide**



**What Happened to LAX's Staple 'Theme Building?'**



**Trade L.A. Traffic for Horses at This California Dude Ranch**

SUBSCRIBE + FOLLOW

SUBSCRIBE TO OUR NEWSLETTER

SUBSCRIBE TO OUR PRINT ISSUES

SPONSORED



### Meet Manila With Delta's Newest Flight to the Philippines

BY ALESSA ALLUIN · JUL 17, 2026

TRANSPORTATION, TRAVEL




### LINXS Sues Los Angeles Over Delays and Rising Costs of LAX People Mover Project

BY KARA CARRELL · JUL 16, 2026

LAWSUITS, TRANSPORTATION, TRAVEL



### V Capri Palm Springs Announces Multi-Million Dollar Transformation With New sbe Entertainment Group Partnership

BY NINA KREMER · JUL 15, 2026

LIFE & STYLE, TRAVEL




### Hollywood Burbank Airport's Brand New Terminal Will Open Its Doors This October

BY STEPHANIE AHN · JUL 15, 2026

TRANSPORTATION, TRAVEL



### FAA Proposes Reworking Ban on Supersonic Flight, Connecting Coasts in Under 3 Hours

BY FABIÁN GUTIÉRREZ ZÚÑIGA · JUL 6, 2026

TRANSPORTATION, TRAVEL

LOAD MORE

ALL STORIES →

SPONSORED