Mark A. Goldstein, Cal. Bar No.175318
mgoldstein@socalip.com
Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 23-1350 • Fax: (805) 230-1355

*Attorneys for Defendants Tara Ann Rose and Tea Rose Realtor, Inc.*

Mathew K. Higbee, Cal. Bar No. 241380
mhigbee@higbee.law
HIGBEE & ASSOCIATES
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
Phone: (949) 456-1127 • Fax: (714) 597-655

*Attorney for Plaintiff Lisa Corson*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| Lisa Corson,<br>Plaintiff,<br>v.<br>Tara Ann Rose, et al,<br>Defendants. | NO. 2:26-CV-2579-MWF-AJR<br>Joint Notice of Impending Settlement<br><br>District Judge Michael W. Fitzgerald<br>Magistrate Judge A. Joel Richlin |

PLEASE TAKE NOTICE that Defendants Tara Ann Rose and Tea Rose Realtor, Inc. and Plaintiff Lisa Corson (collectively, the "Parties"), by and through their respective undersigned counsel of record, hereby notify the Court that the Parties are finalizing settlement negotiations and expect settlement to complete in a few days. Plaintiff will promptly file a Notice of Settlement or a Joint Stipulation for Dismissal

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) upon execution of a settlement agreement, or will otherwise update the Court regarding the status of this matter by November 20, 2026.

In view of the impending settlement of this matter, the parties request the court delay ruling on the pending Motion for Default Judgment (Doc. 20) until after November 20, 2026.

November 12, 2026

/s/Mark Goldstein
Mark A. Goldstein
SoCal IP Law Group LLP
*Attorneys for Defendants Tara Ann Rose and Tea Rose Realtor, Inc.*

November 12, 2026

/s/ Mathew K. Higbee
Mathew K. Higbee
Higbee & Associates
*Attorney for Plaintiff Lisa Corson*